BRADLEY v. GERMAN AMERICAN INSURANCE COMPANY,
Appellant.

Division One, February 15, 1899.

The case of Bradley v. Milwaukee Mechanics Insurance Company, *ante*,
p. 634 is followed and affirmed.

*Transferred from Kansas City Court of Appeals.*

REMANDED TO KANSAS CITY COURT OF APPEALS.

FYKE, YATES & FYKE for appellant.

A. H. WALLER and JOHN COSGROVE for respondent.

MARSHALL, J.—The propositions involved in this
cases are similar to those involved in the case of the same
plaintiff against Milwaukee Mechanics Insurance Company,
and for the reason given in that case, this case is transferred
to the Kansas City Court of Appeals.

All concur.